UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)

---

ROMAN BIKOWSKI AND NELLA BIKOWSKI,
                                                  06-CV-14496 (AKH)
        Plaintiffs,

    -against-

100 CHURCH, LLC, ET. AL.,

        Defendants.

---

### NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
        October 29, 2007            WHITEMAN OSTERMAN & HANNA LLP

                                    BY: _____
                                        John J. Henry (JH-7137)
                                        Attorneys for Defendant
                                            TRC Engineers, Inc.
                                        One Commerce Plaza
                                        Albany, New York  12260
                                        (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 29th day of October, 2007, via ECF upon the ECF participants.

*Carrie L. Lalyer*
Carrie L. Lalyer