KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
ROMAN BIKOWSKI and NELLA BIKOWSKI,           DOCKET NO:
                                             06 CV 14496
                        Plaintiffs,

    -against-

100 CHURCH, LLC, ALLBRIGHT PARKING           NOTICE OF
MANAGMENT, INC., AMBIENT GROUP,              APPEARANCE
INC., BANK OF NEW YORK, BATTERY
PARK CITY AUTHORITY, BLACKMON-
MOORING STEAMATIC CATASTOPHE, INC.,
d/b/a BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.P., BROOKFIELD PARTNERS,
L.P., BROOKFIELD PROPERTIES HOLDINGS,
INC., CENTRAL PARKING SYSTEM OF NEW YORK
INC., EDISON PARKING MANAGEMENT, L.P.,
CUNNINGHAM DUCT CLEANING CO.,
EDISON PARKING MANAGEMENT, L.P.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HARRAH'S OPERATING COMPANY, INC.,
HILTON HOTELS CORPORATION, INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING, P.C.,
MERRILL LYNCH & CO., INC.,
ONE WALL STREET HOLDINGS, LLC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., THE BANK OF NEW YORK COMPANY, INC.,

TRC ENGINEERS, INC., TUCKER ANTHONY, INC.,
WFP TOWER A CO., WFP TOWER A CO., G.P.,
CORP., WFP TOWER A . CO., L.P., AND
ZAR REALTY MANAGEMENT CORP.,

**Defendants.**

..................................................................................x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
January 14, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING
CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **ROMAN BIKOWSKI and NELLA BIKOWSKI,**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ROMAN BIKOWSKI and NELLA BIKOWSKI**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
KEVIN G. HORBATIUK