KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------x

| | |
|---|---|
| ROMAN BIKOWSKI and NELLA BIKOWSKI, | DOCKET NO: 06 CV 14496 |
| Plaintiffs, | |
| -against- | |
| 100 CHURCH, LLC, ALLBRIGHT PARKING MANAGMENT, INC., AMBIENT GROUP, INC., BANK OF NEW YORK, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.P., BROOKFIELD PARTNERS, L.P., BROOKFIELD PROPERTIES HOLDINGS, INC., CENTRAL PARKING SYSTEM OF NEW YORK INC., EDISON PARKING MANAGEMENT, L.P., CUNNINGHAM DUCT CLEANING CO., EDISON PARKING MANAGEMENT, L.P., GPS ENVIRONMENTAL CONSULTANTS, INC., HARRAH'S OPERATING COMPANY, INC., HILTON HOTELS CORPORATION, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., INC., ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., THE BANK OF NEW YORK COMPANY, INC., | NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |

TRC ENGINEERS, INC., TUCKER ANTHONY, INC.,
WFP TOWER A CO., WFP TOWER A CO., G.P.,
CORP., WFP TOWER A . CO., L.P., AND
ZAR REALTY MANAGEMENT CORP.,

**Defendants.**

..................................................................................x

**PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 14, 2008

                                            Kevin G. Horbatiuk
                                            Kevin G. Horbatiuk (KGH4977)
                                            Attorneys for Defendant
                                            **CUNNINGHAM DUCT WORK s/h/i/a**
                                            **CUNNINGHAM DUCT CLEANING CO., INC.**
                                            RUSSO, KEANE & TONER, LLP
                                            26 Broadway, 28th Floor
                                            New York, New York 10004
                                            (212) 482-0001
                                            RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
          WORBY GRONER EDELMAN & NAPOLI BERN, LLP
          Attorney for Plaintiffs
          **ROMAN BIKOWSKI and NELLA BIKOWSKI,**
          115 Broadway - 12th Floor
          New York, New York 10006
          (212) 267-3700

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

    CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiffs
    **ROMAN BIKOWSKI and NELLA BIKOWSKI**
    115 Broadway 12th Floor
    New York, New York 10006

                                                    _____
                                                    KEVIN G. HORBATIUK